**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRENDA JAMES MOORE, | ) | NO. ED CV 13-885-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

   DATED: December 9, 2013.

                    _____/S/_____
                          CHARLES F. EICK
                    UNITED STATES MAGISTRATE JUDGE