1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
3      1420 E. Cooley Dr., Suite 100
       Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile: (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6

```
┌─────────────────────────────────┐
│              FILED              │
│  CLERK, U.S. DISTRICT COURT     │
│                                 │
│        FEB  1 4 2014            │
│                                 │
│ CENTRAL DISTRICT OF CALIFORNIA  │
│ BY                     DEPUTY   │
└─────────────────────────────────┘
```

7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  BRENDA JOYCE MOORE,            )   No.  EDCV 13-00885 E
11                                 )
12       Plaintiff,                )   [PROPOSED] ORDER AWARDING
                                   )   EAJA FEES
13       v.                        )
14                                 )
15  CAROLYN W. COLVIN              )
    Commissioner Of Social Security, )
16                                 )
17       Defendant.                )

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19       IT IS ORDERED that EAJA fees are awarded in the amount of ONE
20  THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($1,800.00) subject to the
21  terms of the stipulation.
22       DATE: 2/14/14        _____
23
24                           HON. CHARLES F. EICK
                             UNITED STATES MAGISTRATE JUDGE
25
26
27
28